# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TARA WEGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-19-1193-G |
| | ) |
| LEXINGTON MEDICAL, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 4) filed by Defendant Lexington Medical, Inc. The Motion seeks dismissal of the claims asserted in Plaintiff's initial Complaint (Doc. No. 1-1). On January 27, 2020, Plaintiff Tara Weger timely filed an Amended Complaint (Doc. No. 7). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 4) is DENIED AS MOOT.

IT IS SO ORDERED this 28th day of January, 2020.

_____
CHARLES B. GOODWIN
United States District Judge